UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

THE PROVIDENT BANK,

    Plaintiff,

v.        Case No. 5:11-cv-518-Oc-10TBS

HGV ENTERPRISES, INC., a dissolved
Florida corporation, HECTOR GARCIA-
VILLAMIL,

    Defendants.

## ORDER

Pending before the Court is plaintiff's Motion for Extension of Time to Serve Defendants (Doc. 3). The plaintiff has shown good cause for its inability to serve the defendants and therefore, the motion is GRANTED. The plaintiff shall have an additional 120 days from the rendition of this Order within to serve original process on the defendants.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on January 5, 2012.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copy to Counsel